# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0972
_____

DENEILO BRADSHAW,

    Appellant,

    v.

RICHARD COMERFORD, Secretary,
FLORIDA DEPARTMENT OF
CORRECTIONS,
STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Lance E. Neff, Judge.

July 27, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and KELSEY and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Deneilo Bradshaw, Appellant, pro se.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.